NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| TONYA C. HUBER, | ) |
| Plaintiff(s), | ) |
| v. | ) CASE NO. 8:21-CV-229 |
| WESTAR FOODS, Inc d/b/a HARDEE'S, | ) |
| Defendant(s). | ) |

## DISCLOSURE OF CORPORATE AFFILIATIONS, FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), __Defendant__ __WESTAR FOODS, Inc d/b/a HARDEE'S__, makes the following disclosures concerning parent
(Party Name)

companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and

similar entities, as well as unincorporated associations or similar entities.

*[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]*

☐ This party is an individual.

☐ This party is a publicly held corporation or other publicly held entity.

☐ This party has parent corporations

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

<u>NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1</u>

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify all corporations or entities and the nature of their interest:

☐ This party is a limited liability company or limited liability partnership.

If yes, identify each member of the entity and the member's state of citizenship:

☐ This party is an unincorporated association or entity.

If yes, identify the members of the entity and their states of citizenship:

Additional information:

Date: August 23rd 2021                  /s/ *Bonnie M. Boryca*
                                             (Signature)

## CERTIFICATE OF SERVICE

I hereby certify that on August 23rd, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: lexis Mullaney by email: amullaney@smllawoffice.com,

and I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants: _____.

s/ /s/ *Bonnie M. Boryca*